# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

BALDEV SINGH,

      Petitioner,

    v.

WARDEN OF CALIFORNIA CITY
CORRECTIONS CENTER FACILITY, et al.,

      Respondents.

Case No. 1:26-cv-02115-KES-SAB-HC

ORDER DIRECTING PETITIONER TO
INFORM COURT OF PETITIONER'S
CUSTODY STATUS

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

A search of the U.S. Immigration and Customs Enforcement ("ICE") Online Detainee Locator System using Petitioner's A-number returns with zero results. See ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited June 25, 2026). It appears that Petitioner may not be in ICE custody, which could moot his pending habeas petition. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (finding habeas petition challenging length of immigration detention moot because "there was no extant controversy for the district court to act upon" when petitioner was subsequently deported, "thereby curing his complaints about the length of his INS detention").

///

///

1

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, Petitioner SHALL inform the Court of Petitioner's current custody status and file any supporting documentation.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2