# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH,<br><br>      Petitioner,<br><br>    v.<br><br>WARDEN OF CALIFORNIA CITY CORRECTIONS CENTER FACILITY, et al.,<br><br>      Respondents. | Case No. 1:26-cv-02115-KES-SAB-HC<br><br>ORDER DIRECTING PARTIES TO INFORM COURT OF PETITIONER'S CUSTODY STATUS |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 26, 2026, the Court ordered Petitioner to inform the Court of his custody status within seven days because a search of the U.S. Immigration and Customs Enforcement ("ICE") Online Detainee Locator System using Petitioner's A-number returns with zero results. (ECF No. 10.) To date, no status update has been filed.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, the parties SHALL inform the Court of Petitioner's current custody status and file any supporting documentation.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

                              STANLEY A. BOONE<br>                              United States Magistrate Judge